IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHY C. KUTERBACH : | |
| : | |
| v. : | NO. 25-CV-855 |
| : | |
| BELFOR USA GROUP INC. d/b/a : | |
| BELFOR PROPERTY RESTORATION : | |

**O R D E R**

AND NOW, this 22d day of July, 2025, upon consideration of Defendant BELFOR USA Group Inc. d/b/a BELFOR Property Restoration's Motion to Add Allstate Property and Casualty Insurance Company as the Real Party in Interest Pursuant to Federal Rules of Civil Procedure 17(a) and 19, and Motion to Strike Plaintiff's Ratification, docketed in this case as ECF Document No. 16, and the response thereto, it is hereby ORDERED that the Motion is GRANTED;

   1. Allstate Property and Casualty Insurance Company shall be ADDED as a Plaintiff in this case; and

   2. Allstate Property and Casualty Insurance Company's Affidavit of Ratification shall be STRICKEN.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE