**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                  :
CATHY C. KUTERBACH, et al.     :
           Plaintiffs        :                                     :
                                  :
     v.                              :
                                  :
BELFOR USA GROUP INC. d/b/a   :
BELFOR PROPERTY RESTORATION  :
and PROGREEN MANAGEMENT, LLC.  :
           Defendants      :
_____:    NO. 25-CV-855 SWR
                                  :
PROGREEN MANAGEMENT, LLC   :
         Third-Party Plaintiff   :
     v.                              :
                                  :
TRI-STATE WASTE & RECYCING, INC. :
and UNITED SITE SERVICES, INC.   :
        Third-Party Defendants  :
_____:

## O R D E R

      AND NOW, this 23d day of July, 2025, upon consideration of Third-Party Defendant United Site Services, Inc.'s Motion to Dismiss Third-Party Plaintiff ProGreen Management, LLC's Claims of Sole Liability to Plaintiff, and for a More Definite Statement as to All Other Claims Asserted by ProGreen Management, LLC, filed in this matter as ECF Doc. No. 45, and to the response thereto, it is hereby ORDERED that the Motion is GRANTED;

      1.  ProGreen's Allegation that United Site Service, Inc., is solely liable to Plaintiffs is STRICKEN;

      2.  Within 15 days of receipt of this Order, ProGreen shall file a more definite statement as to all of its other claims against United Site Services, Inc.

                                     BY THE COURT:

                                     _/s/ Scott W. Reid_

                                 _____
                                 SCOTT W. REID
                                 UNITED STATES MAGISTRATE JUDGE