IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CATHY C. KUTERBACH, et al.<br>　　　　Plaintiffs<br><br>　　v.<br><br>BELFOR USA GROUP INC. d/b/a<br>BELFOR PROPERTY RESTORATION<br>and PROGREEN MANAGEMENT, LLC.<br>　　　　Defendants<br><br>PROGREEN MANAGEMENT, LLC<br>　　　　Third-Party Plaintiff<br>　　v.<br><br>TRI-STATE WASTE & RECYCING, INC.<br>and UNITED SITE SERVICES, INC.<br>　　　　Third-Party Defendants | NO. 25-CV-855 SWR |

**O R D E R**

　　AND NOW, this 23d day of July, 2025, upon consideration of Third-Party Defendant Tri-State Waste & Recycling, Inc.'s Motion to Dismiss Defendant ProGreen Management, LLC's Claims of Sole Liability to Plaintiff, and for a More Definite Statement as to All Other Claims Asserted by ProGreen Management, LLC, filed in this matter as ECF Doc. No. 49, and to the response thereto, it is hereby ORDERED that the Motion is GRANTED;

　　1. ProGreen's Allegation that Tri-State is solely liable to Plaintiffs is STRICKEN;

　　2. Within 15 days of receipt of this Order, ProGreen shall file a more definite statement as to all of its other claims against Tri-State.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*/s/ Scott W. Reid*

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SCOTT W. REID
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE